BLAAUW ET AL. *v.* GRAND TRUNK WESTERN
RAILROAD CO.

No. 740.   Decided March 1, 1965.

*Richard G. Finn* for petitioners.

*Edward L. Foote* for respondent.

PER CURIAM.

The petition for writ of certiorari is granted.   The judgment is vacated and the case is remanded to the United States Court of Appeals for the Seventh Circuit for reconsideration in light of the opinion of the Appellate Court of Illinois, First District, in *American National Bank & Trust Co.* v. *Pennsylvania R. Co.,* 52 Ill. App. 2d 406, 202 N. E. 2d 79.